

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

> Application granted. Defendants' motion for summary judgment due 9/30/2020. The Court likewise extends the deadline to file opposition to the motion to 10/30/2020, and reply, if any, to 11/13/2020. The Clerk's Office is requested to mail a copy of this Order to the plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>           September 10, 2020

September 9, 2020

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re:    *Brown v. Phipps* et al., 19-cv-4356 (PMH)

Dear Hon. J. Halpern:

    In this 42 U.S.C. § 1983 action, this Office represents all eight defendants in this matter where in state prisoner Melvin Brown alleges that he was assaulted during a pat frisk at Woodbourne Correctional Facility on 11/28/2018 and falsely accused of possessing contraband.

    Defendants are seeking an adjournment to file their motion for summary judgment due to some parties being unavailable or out on leave and unable to review and sign declarations prior to the current deadline of 9/15/2020. Defendants request an adjournment to 9/30/2020.

Respectfully submitted
LETITIA JAMES
New York State Attorney General

*J. Powers*
_____
AAG Janice Powers

cc: Melvin Brown  DIN: 04-A-0155 Franklin C.F., 62 Bare Hill Rd., P.O. Box 10, Malone, New York, 12953

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 ● OFFICE: (914) 422-8755 ● FAX (914) 422-8706 ● AG.NY.GOV