

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

September 28, 2020

Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application granted. Defendants' motion for summary judgment due 10/2/2020. The Court likewise extends the deadline to file opposition to the motion to 11/2/2020, and reply, if any, to 11/16/2020. The Clerk's Office is requested to mail a copy of this Order to the plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>         September 29, 2020

Re:    *Brown v. Phipps* et al., 19-cv-4356 (PMH)

Dear Hon. J. Halpern:

In this 42 U.S.C. § 1983 action, this Office represents all eight defendants in this matter where in state prisoner Melvin Brown alleges that he was assaulted during a pat frisk at Woodbourne Correctional Facility on 11/28/2018 and falsely accused of possessing contraband. Defendant's motion for summary judgment is currently due 9/30/20200

Defendants are seeking a short adjournment to file their motion for summary judgment in order to comply with Rule 7.1(a)(3). Defendants need to restructure their motion exhibits and declarations to ensure that the filing is in compliance with this rule and all applicable filing rules. Defendants request an adjournment to 10/2/2020.

Respectfully submitted
LETITIA JAMES
New York State Attorney General

*J. Powers*
_____
AAG Janice Powers

cc: Melvin Brown  DIN: 04-A-0155 Franklin C.F., 62 Bare Hill Rd., P.O. Box 10, Malone, New York, 12953