UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MELVIN BROWN,

                        Plaintiff,

      -against-                                      19 **CIVIL** 4356 (PMH)

## **JUDGMENT**

SGT PHIPPS, et al.,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 12, 2021, Defendants' motion for summary judgment is GRANTED and Plaintiff's Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       February 14, 2022

                                                          RUBY J. KRAJICK

                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**